157 A.3d 822

**TALL**

v.

**PARTNERSHIP DEVELOPMENT GROUP**

**Pet. Docket No. 621, Sept. Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1787, Sept. Term, 2015).

Petition for writ of certiorari denied

■

157 A.3d 822

**TANEJA, Baldeo**

v.

**STATE of Maryland**

**Pet. Docket No. 561, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Reported below: 231 Md.App. 1, 149 A.3d 762.

Petition for writ of certiorari denied